**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **James A. Knight,** | ) | CA 07 471 |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CASE No:** **MDL Docket No. 07-1842-ML** |
| **Davol, Inc., and C.R. Bard, Inc.,** | ) | **JURY TRIAL DEMANDED** |
| **Defendants.** | ) | |

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff Donna McCartney, hereby moves that David Andersen be admitted PRO HAC VICE in the above case as counsel with local counsel identified below

Donna McCartney

By: Neville J. Bedford RI Bar #6817
321 South Main Street, 5th Floor
Providence, RI 02903-7108
401-709-4328
401-633-6822 FAX
nevillebedford@gmail.com

Dated: December 19, 2007

**ATTORNEY'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

I hereby certify as follows:

(1) I am a member in good standing of the bar of the State of California and of the following Federal District Court and/or Court of Appeals Bar(s): Northern District of CA (San Francisco Div.), and my eligibility to practice before those courts has not been restricted in any way.

(2) I have never been disciplined or sanctioned by any court or other body having disciplinary authority over attorneys; there are no disciplinary proceedings pending against me at this time; and I have never had my pro hac vice revoked by any court. (If applicant has been sanctioned, disciplined or had any pro hac vice status revoked, please provide a full explanation.)

(3) I have never been convicted of a serious crime as defined in LR Gen 213(a)(3).

(4) Except as listed below, I have not been admitted or applied to be admitted pro hac vice in any case in this District during the past 12 months. (If you have appeared or applied for *pro hac vice* admission during the past 12 months, please provide the date(s), case name(s) and name(s) of the judge(s) who presided).

(5) I understand my obligation to notify this Court of any changed circumstances that affect my answers to the preceding questions.

(6) I have read, acknowledge, and agree to observe and be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(7) For purpose of this case I have associated with local counsel identified below, and have read acknowledge, and will observe the requirements of this Court respecting the participation of local counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of other parties in the case.

David C. Andersen

Signature of *Pro Hac Vice* Applicant

David C. Andersen, Counsel Pro Hac Vice
The Miller Firm, LLC
108 Railroad Ave.
Orange VA 22960
tel. (540) 672-4224
fax (540) 672- 3055
<dandersen@doctoratlaw.com>

---

**ORDER**

This is motion
hereby_______________________________________________

_______________________________
District Judge
Date: